FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

FEB 13 2018

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BORIS MOLKANDOW, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

FRONTLINE ASSET STRATEGIES, LLC,

Defendant.

Case No. 1:17-cv-06462-DLI-VMS

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         February 8, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Daniel Cohen PLLC
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(646) 645-8482
Fax: (347) 665-1545
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ Peter G. Siachos
Peter G. Siachos, Esq.
Gordon & Rees Scully Mansukhani
18 Columbia Turnpike
Suite 220
Florham Park, NJ 07932
(973) 549-2532
Psiachos@gordonrees.com
*Attorney for Defendant*

SO ORDERED.
DATED: Brooklyn, NY
       2/13/18

s/Dora L. Irizarry, Chief USDJ
Dora L. Irizarry
Chief U.S. District Judge